648

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to joint motion of parties.

■

**Betty WATKINS, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE.**

No. 12762.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Val-

ley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to joint motion· of parties.

■

**Cecil L. WRIGHT, Petitioner and Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, Cal., Respondent and Appellee.**

No. 10971.

Circuit Court of Appeals, Ninth Circuit.

June 18, 1945.

See also, D.C., 49 F.Supp. 748; 9 Cir., 137 F.2d 914.

Cecil L. Wright, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

Appellant has made no fewer than eight petitions for writ of habeas corpus in the Federal courts of this jurisdiction. In one of these cases, No. 23647-S, heard before Judge A. F. St. Sure, appellant made the same contention that he makes in the present petition. The court then made exhaustive findings relative thereto. The court found that appellant was not denied the right of assistance of counsel and that he was duly represented by counsel. In the instant case, the lower court on the record herein and the judgments on five other applications for writ of habeas corpus by petitioner denied the present petition. We affirm that judgment.